# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| **Evelyn Taylor,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **V.** | ) Case No. 10-0773-CV-W-JTM |
| | ) |
| **West Ward Pharmaceutical,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Pursuant to the *Joint Stipulation Of Dismissal With Prejudice*, filed March 1, 2011 [Doc. 11] it is

**ORDERED** that this matter is **DISMISSED WITH PREJUDICE**, each party to bear their own costs and attorney fees.

                                          */s/ John T. Maughmer*
                                        **JOHN T. MAUGHMER**
                                        **U. S. MAGISTRATE JUDGE**